UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAN'S GINSENGS CORP d/b/a CHONG WAH CENTER, a Washington Corporation,

Plaintiff,

v.

ELAVON, INC., a Georgia Corporation; BANK OF AMERICA, N.A., a United States bank; and DOES 1 THROUGH 5, inclusive,

Defendants.

Case No. 2:25-cv-02315-TL

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LIMITED RELIEF FROM STAY

This matter came on regularly before the Court on the parties' Stipulated Motion for Limited Relief from Stay ("Motion"). The Court has reviewed the file and records herein and is otherwise advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is Granted.

2. The stay on this Case is partially, temporarily lifted for the sole limited purpose of permitting plaintiff to file a motion to voluntarily dismiss defendant Bank of America from the case. The stay shall otherwise remain in full force and effect.

//

//

ORDER GRANTING
LIMITED RELIEF FROM STAY - 1
4932-1805-7878.1

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

DATED this 13th day of March, 2026.

HONORABLE TANA LIN

Presented By:

MILLER NASH LLP

*/s/Jesús Miguel Palomares*
Jesús Miguel Palomares, WSBA No. 51858
jesus.palomares@millernash.com
Attorneys for Defendant, Bank of America, N.A.

Agreed to by:

DORSEY & WHITNEY LLP

*/s/Shawn Larsen-Bright*
Shawn Larsen-Bright, WSBA No. 37066
larsen.bright.shawn@dorsey.com
Attorneys for Defendant, Elavon, Inc.

GLOBAL LEGAL LAW FIRM

*/s/Bryce M. Van De Moere*
Bryce M. Van De Moere, Esq., Pro Hac Vice
bvandemoere@attorneygl.com

LAW OFFICE OF CARL J. MARQUARDT, PLLC
Carl J. Marquardt, WSBA No. 23257
Attorneys for Plaintiff

ORDER GRANTING
LIMITED RELIEF FROM STAY - 2
4932-1805-7878.1